**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01490-LTB-KMT

PHARMATECH ONCOLOGY, INC., a Colorado corporation,

       Plaintiff and Counterclaim-Defendant,

v.

TAMIR BIOTECHNOLOGY, INC., a Delaware corporation,

       Defendant and Counterclaim-Plaintiff.

---

**ORDER**

---

       Upon Defendant's Response to Plaintiff's Motion for Clarification of Court's October 3, 2011 Order (Doc 38), and review of Plaintiff's Motion and the file herein, it is

       ORDERED that Plaintiff's Motion (Doc 33) is DENIED.

                                      BY THE COURT:

                                        s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   November 1, 2011