**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01490-LTB-KMT

PHARMATECH ONCOLOGY, INC., a Colorado corporation,

      Plaintiff,

v.

TAMIR BIOTECHNOLOGY, INC., a Delaware corporation,

      Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Stay Litigation (Doc 54 - filed February 6, 2012) is **GRANTED.**  This action and all associated deadlines, including the deadline to file Pharmatech's Reply in Support of its Motion to Dismiss Tamir's Counterclaims, are **STAYED** until March 6, 2012.

Dated:  February 7, 2012

---