**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   11-cv-01490-LTB-KMT

PHARMATECH ONCOLOGY, INC., a Colorado corporation,

      Plaintiff and Counterclaim-Defendant,

v.

TAMIR BIOTECHNOLOGY, INC., a Delaware corporation,

      Defendant and Counterclaim-Plaintiff.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 56 - filed February 29, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   March 1, 2012